# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

CASE No. 8:19-mj-2231-T-TGW     DATE: SEPTEMBER 17, 2019

## HONORABLE THOMAS G. WILSON

| | |
|---|---|
| UNITED STATES OF AMERICA | AUSA FRANCIS MURRAY |
| -v- | |
| PEDRO DAVILA | CJA CIMOS ANGELIS |
| INTERPRETER: N/A | TIME: 3:12-3:18 (6 min.) |
| DEPUTY CLERK: DAWN M. SAUCIER | COURT REPORTER: N/A |
| TAPE: DIGITAL | COURTROOM 12A |

**PROCEEDINGS: INITIAL APPEARANCE - RULE 5**

| | |
|---|---|
| __X__ | Defendant provided w/copy of Complaint from Southern District of New York, Case No. 19-MAG-8198 |
| __X__ | Arrest Date: 9/17/2019 |
| __X__ | Financial affidavit submitted |
| __X__ | CJA counsel appointed for purposes of today's hearing |
| __X__ | Court advises defendant of Rule 5 and Rule 20 rights and charges. |
| __X__ | Defendant waives identity and preliminary hearings in this district |
| __X__ | Detention/Bond: |

        Government: Requests detention; presumption applies.

        Defendant: Reserves on the matter of bail in this district.

        Court: Defendant to be detained on the basis of the presumption pending further proceedings in the Southern District of New York.

| | |
|---|---|
| __X__ | Defendant remanded to custody of U.S. Marshal |

CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CRIMINAL DOCKET FOR CASE #: 8:19-mj-02231-TGW-1
# Internal Use Only

Case title: USA v. Davila  
Other court case number: 19-mag-8198 Southern District of New York

Date Filed: 09/17/2019  
Date Terminated: 09/24/2019

Assigned to: Magistrate Judge Thomas G. Wilson

### Defendant (1)

**Pedro Davila**  
*TERMINATED: 09/24/2019*

represented by **Cimos A. Angelis**  
Law Office of Cimos A. Angelis  
642 E Tarpon Ave  
Tarpon Springs, FL 34689  
727/798-4189  
Fax: 727/944-4563  
Email: cangelis@tampabay.rr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

**Pending Counts**  
None

**Disposition**

**Highest Offense Level (Opening)**  
None

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
18:1951.F INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE, 18:924C.F VIOLENT CRIME/DRUGS/MACHINE GUN

**Disposition**

**Plaintiff**

USA                                                             represented by **Francis D. Murray**
US Attorney's Office - FLM
Suite 3200
400 N Tampa St
Tampa, FL 33602-4798
813-274-6000
Fax: 813-274-6102
Email: francis.murray2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2019 | 1 | Rule 5(c)(3) Documents Received from Southern District of New York as to Pedro Davila. (DMS) (Entered: 09/17/2019) |
| 09/17/2019 | 2 | Arrest (Rule 5(c)(2)) of Pedro Davila from Southern District of New York on charges of Hobbs Act robbery and brandishing a firearm. (DMS) (Entered: 09/17/2019) |
| 09/17/2019 | 3 | ***CJA 23 Financial Affidavit by Pedro Davila. (DMS) (Entered: 09/17/2019) |
| 09/17/2019 | 4 | **ORDER of Appointment of CJA Counsel as to Pedro Davila: Appointment of Attorney Cimos Angelis. Signed by Magistrate Judge Thomas G. Wilson on 9/17/2019. (Wilson, Thomas)** (Entered: 09/17/2019) |
| 09/17/2019 | 6 | Minute Entry for proceedings held before Magistrate Judge Thomas G. Wilson: Initial Appearance in Rule 5(c)(3) Proceedings as to Pedro Davila held on 9/17/2019. (DIGITAL) (Interpreter/Language: N/A) (DMS) (Entered: 09/24/2019) |
| 09/19/2019 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to Pedro Davila. Defendant committed to District of Southern District of New York. Signed by Magistrate Judge Thomas G. Wilson on 9/19/2019. (DMS)** (Entered: 09/24/2019) |
| 09/22/2019 | 5 | (Court only) PRETRIAL BAIL REPORT as to Pedro Davila.(JA) (Entered: 09/22/2019) |
| 09/24/2019 | 8 | TRANSFER Rule(5)(c)(3) to Southern District of New York as to Pedro Davila. (DMS) (Entered: 09/24/2019) |
| 09/24/2019 |   | (Court only) ***Terminated defendant Pedro Davila, pending deadlines, and motions. (DMS) (Entered: 09/24/2019) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
|---|---|
| v. | TO ANOTHER DISTRICT |
| PEDRO DAVILA | CASE NO. 8:19-MJ-2231-T-TGW |

| CHARGES |||
|---|---|---|
| **Charging Document** | **Statute(s)** | **Charging District** |
| Complaint | 18 U.S.C. 1951, 924(c)(1)(A)(ii) | Southern District of New York Case No. 19-MAG-8198 |
| **Description:** Hobbs Act robbery; brandishing firearm |||

### PROCEEDINGS

**CURRENT BOND STATUS:**
[ ]  Government moved for detention and defendant detained after hearing in district of arrest
[X]  Government moved for detention and defendant detained pending bond hearing in district of offense
[ ]  Other:

**COUNSEL:**  [ ] Retained Own Counsel  [X] Federal Defender Organization  [ ] CJA Attorney  [ ] None

**INTERPRETER:**  [X] No  [ ] Yes  Language:

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **PEDRO DAVILA** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and thereafter deliver her to the United States Marshal for that District or to some other officer authorized to receive the defendant.

SEPTEMBER _19_, 2019         _Thomas G. Wilson_ (signature)
                              THOMAS G. WILSON
                              UNITED STATES MAGISTRATE JUDGE

| RETURN |||
|---|---|---|
| Commitment Order Received: | Place of Commitment | Date Defendant Committed |
| Date | United States Marshal | By Deputy Marshal |